B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−32517−KLP
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul A. Cruser
1762 Shallow Well Road
Manakin Sabot, VA 23103

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8812

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Paul A. Cruser is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: January 12, 2015                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                             Case No. 10-32517-KLP
Paul A. Cruser                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: manleyc              Page 1 of 2              Date Rcvd: Jan 12, 2015
                                Form ID: B18               Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2015.
```
db           +Paul A. Cruser,    1762 Shallow Well Road,    Manakin Sabot, VA 23103-2315
9838475      +Beneficial Virginia Inc.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
12430759     +Capital One, N.A.,    POB 12907,    Norfolk, VA 23541-0907
9609483      +Cellar Selections,    1170 Dover Creek Lane,    Manakin Sabot, VA 23103-2541
12578469      Citibank,   P O Box 790034,    Saint Louis, MO 63179-0034
9609485      +Citibank Exxon Select Card,    PO BOX 688941,    Des Moines, IA 50368-8941
12578471      Citibank/Home Depot,    PO Box 790345,    Saint Louis, MO 63179-0345
9609486      +DES, llc,    1390 Broad Street Road,    Oilville, VA 23129-2100
9765119      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
9609488      +Hoffman Communications,    4301 W Hundred Road,    Chester, VA 23831-1959
9609490      +James White,    2988 Davis Mill Rd,    Goochland, VA 23063-2732
9609491      +James White/Sweetwater LLC,    2988 Davis Mill Road,    Goochland, VA 23063-2732
9609492       Lawrence J. Page,    PO BOX 72075,    Henrico, VA 23255-2075
9609493       Metropolitan Meat/ Pascal Weis,    1008 Pennsylvania AVE SE,    Washington, DC 20003-2142
9609494      +Michael Montgomery,    9910 Wagners Way,    PO BOX 58,    Chesterfield, VA 23832-0001
9609495      +Ocwen Lending,    PO BOX 24737,    West Palm Beach, FL 33416-4737
12578481      Partners Federal Credit Union,    PO Box 2980,    Henrico, VA 23228-9700
12578482     +Paypal Credit,    PO Box 5138,    Timonium, MD 21094-5138
9609496      +Performance Food Group,    Solodar & Solodar,    11504 Allegingie Pkwy,    Richmond, VA 23235-4317
9655550      +Performance Food Group Company, LLC,    c/o Solodar & Solodar, Attorneys,
               11504 Allecingie Parkway,    Richmond VA 23235-4317
9609497      +Pro Fish Inc,    PO Box 362,    Califon, NJ 07830-0362
9609498      +Republic National Distributing,    5401 Eubank Road,    Sandston, VA 23150-1943
9609499      +Verizon,    507 Prudential Road,    Horsham, PA 19044-2308
9609500      +Virginia Deptartment of Taxati,    PO BOX 177,    Richmond, VA 23218-0177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QHSHAIA.COM Jan 13 2015 02:08:00      Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,
               8550 Mayland Drive,    Richmond, VA 23294-4704
cr           +EDI: PRA.COM Jan 13 2015 02:13:00      PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk, VA 23541-0907
9609481      +E-mail/Text: bankruptcy@essexbank.com Jan 13 2015 02:12:09      Bank Of Essex,
               100 Broad Street Road,    Manakin Sabot, VA 23103-2216
12578467      EDI: TSYS2.COM Jan 13 2015 02:08:00      Barclays Bank Delaware,    Attn: Customer Support Dep't,
               P.O. Box 8833,    Wilmington, DE 19899-8833
9609482      +EDI: HFC.COM Jan 13 2015 02:08:00      Beneficial/hfc,    Po Box 3425,    Buffalo, NY 14240-3425
9609484      +EDI: CHASE.COM Jan 13 2015 02:08:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
9988877      +E-mail/Text: bkr@taxva.com Jan 13 2015 02:17:39      Commonwealth of Virginia,
               Department of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
9779649       EDI: RMSC.COM Jan 13 2015 02:13:00      GE Consumer Finance,    For GE Money Bank,
               dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0661
9609487      +EDI: RMSC.COM Jan 13 2015 02:13:00      Gemb/care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
9609489      +EDI: HFC.COM Jan 13 2015 02:08:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12578475      EDI: IRS.COM Jan 13 2015 02:08:00      Internal Revenue Service,    Centralized Insolvency Ops,
               PO Box 7346,    Phila, PA 19101-7346
10093448      EDI: PRA.COM Jan 13 2015 02:13:00      Portfolio Recovery Associates, LLC.,    PO Box 41067,
               Norfolk, VA 23541
9812788      +EDI: PRA.COM Jan 13 2015 02:13:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    Norfolk VA 23541-1067
11754450     +EDI: PRA.COM Jan 13 2015 02:13:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
12578485     +EDI: PRA.COM Jan 13 2015 02:13:00      PRA Receivables Mgmt, LLC,    P.O. Box 41067,
               Norfolk, VA 23541-1067
12578484     +EDI: PRA.COM Jan 13 2015 02:13:00      Portfolio Recovery Assocs, LLC,    P.O. Box 41067,
               Norfolk, VA 23541-1067
12578488      EDI: RMSC.COM Jan 13 2015 02:13:00      Synchrony Bank,    Attn: Bankruptcy Department,
               P.O. Box 103104,    Roswell, GA 30076-9104
12578490      E-mail/Text: bkr@taxva.com Jan 13 2015 02:17:39      Virginia Department of Taxati,
               P.O. Box 2156,    Richmond, VA 23218-2156
9609501       EDI: WACHOVIA.COM Jan 13 2015 02:08:00      Wachov/ftu,    Po Box 3117,
               Winston Salem, NC 27102-0000
12578492     +EDI: WFFC.COM Jan 13 2015 02:08:00      Wells Fargo Bank, N.A.,    PO Box 14595,
               Des Moines, IA 50306-3595
12578473      EDI: ECAST.COM Jan 13 2015 02:08:00      eCAST Settlement Corporation,    P.O. Box 29262,
               New York, NY 10087-9262
9791077       EDI: ECAST.COM Jan 13 2015 02:08:00      eCAST Settlement Corporation assignee of Chase,
               Bank USA NA successor by merger to,    Washington Mutual,    POB 29262,    New York NY 10087-9262
                                                                                                TOTAL: 22
```

```
District/off: 0422-7          User: manleyc              Page 2 of 2                   Date Rcvd: Jan 12, 2015
                              Form ID: B18               Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
12578466*      +Bank Of Essex,    100 Broad Street Road,    Manakin Sabot, VA 23103-2216
12578468*      +Cellar Selections,    1170 Dover Creek Lane,    Manakin Sabot, VA 23103-2541
12578470*      +Citibank Exxon Select Card,    PO BOX 688941,    Des Moines, IA 50368-8941
12578472*      +DES, llc,    1390 Broad Street Road,    Oilville, VA 23129-2100
12578474*      +Hoffman Communications,     4301 W Hundred Road,    Chester, VA 23831-1959
12578476*      +James White/Sweetwater LLC,    2988 Davis Mill Road,    Goochland, VA 23063-2732
12578477*       Lawrence J. Page,    PO BOX 72075,    Henrico, VA 23255-2075
12578478*       Metropolitan Meat/ Pascal Weis,     1008 Pennsylvania AVE SE,    Washington, DC 20003-2142
12578479*      +Michael Montgomery,    9910 Wagners Way,    PO BOX 58,    Chesterfield, VA 23832-0001
12578480*      +Ocwen Lending,    PO BOX 24737,    West Palm Beach, FL 33416-4737
12434709*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
12578465*      +Paul A. Cruser,    1762 Shallow Well Road,    Manakin Sabot, VA 23103-2315
12578483*      +Performance Food Group,    Solodar & Solodar,    11504 Allegingie Pkwy,    Richmond, VA 23235-4317
12578486*      +Pro Fish Inc,    PO Box 362,    Califon, NJ 07830-0362
12578487*      +Republic National Distributing,     5401 Eubank Road,    Sandston, VA 23150-1943
12578489*      +Verizon,    507 Prudential Road,    Horsham, PA 19044-2308
12578491*     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court:   Wachov/ftu,    Po Box 3117,    Winston Salem, NC 27102)
                                                                                             TOTALS: 0, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2015 at the address(es) listed below:
              Charles H. Krumbein    on behalf of Debtor Paul A. Cruser charlesh@krumbein.com,
               mgkecf@krumbein.com,plutzky@gmail.com
              Harry Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
                                                                                             TOTAL: 2
```